**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MIDLAND NATIONAL LIFE INSURANCE COMPANY,

    Plaintiff(s),

vs.

DAVID FOLEY AS EXECUTOR OF THE ESTATE OF RICKY FOLEY, et al.

    Defendant(s).

Case #2:25-cv-00326-CDS-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF No. 7]

_____Michael Hoover_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Interpleader Law, LLC_____
(firm name)

with offices at _____5800 One Perkins Place Dr., Suite 2A_____,
(street address)

_____Baton Rouge_____, _____Louisiana_____, _____70808_____,
(city) (state) (zip code)

_____(225) 246-8706_____, _____michael.hoover@interpleaderlaw.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Defendant Martin McVicar_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1  3. That since ____May 8, 2014____, Petitioner has been and presently is a
                         (date)
2  member in good standing of the bar of the highest Court of the State of ____Louisiana____
                                                                               (state)
3  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular
5  possession of the United States in which the applicant has been admitted to practice law certifying
6  the applicant's membership therein is in good standing.
7  4. That Petitioner was admitted to practice before the following United States District
8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
9  of other States on the dates indicated for each, and that Petitioner is presently a member in good
10 standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19
20 5. That there are or have been no disciplinary proceedings instituted against petitioner,
21 nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
22 or administrative body, or any resignation or termination in order to avoid disciplinary or
23 disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Louisiana State Bar Association
State Bar of Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 26, 2023 | 2:23-cv118 | District Court of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Louisiana__ )
                       )
COUNTY OF __East Baton Rouge__ )

__Michael Hoover__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this __4th__ day of __April__, __2025__.

_____
Notary Public or Clerk of Court

WILLIAM J. PERRY
NOTARY PUBLIC FOR THE
ENTIRE STATE OF LOUISIANA
La. Bar No. 19100
Notary ID No. 4549
My Commission is for Life

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Kristina Weller__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__801 South 4th Street__,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)      (state)      (zip code)

__(702) 444-4444__, __kristina@richardharrislaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Kristina Weller_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Martin McVicar
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

07975                          kristina@richardharrislaw.com
Bar number                     Email address

APPROVED:

Dated: April 10, 2025

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16