# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Midland National Life Insurance Company, | Case No. 2:25-cv-00326-CDS-DJA |
| Plaintiff | **Order Directing Clerk of Court to Correct Default** |
| v. | |
| David Foley as Executor of the Estate of Ricky Foley and Martin McVicar, | [ECF No. 12] |
| Defendants | |

Defendant Martin McVicar filed a request for entry of default against co-defendant David Foley. ECF No. 11. The Clerk of Court entered default on May 12, 2025, however, it contains a clerical error. *See* ECF No. 12. The document indicates that "on request of counsel for Plaintiff" the default against David Foley, as Executor of the Estate of Ricky Foley is entered. *Id.*

The Clerk of Court is therefore directed to correct the error by removing the reference to the plaintiff and instead have it read "on request of counsel for defendant Martin McVicar," then replace the image found at ECF No. 12.

Dated: July 23, 2025

_____
Cristina D. Silva
United States District Judge