**WRIGHT, FINLAY & ZAK, LLP**
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
Tel.: (702) 475-7967; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Midland National Life Insurance Company*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -v- <br><br> DAVID FOLEY AS EXECUTOR OF THE ESTATE OF RICKY FOLEY and MARTIN McVICAR, <br><br> Defendants. | Case No: 2:25-cv-00326-CDS-DJA <br><br> **JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO INTERPLEAD FUNDS WITH THE COURT** <br><br> **(FIRST REQUEST)** |

Plaintiff Midland National Life Insurance Company ("Midland"), by and through its counsel of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant Martin McVicar ("McVicar") (collectively the "Parties"), by and through his counsel of record, Michael Hoover, Esq. of Interpleader Law, LLC, respectfully files this Joint Stipulation to Extend Time for Plaintiff to Interplead Funds with the Court ("Stipulation") and in doing so, state the following:

1. This is an interpleader action in which Midland seeks a determination from the Court regarding the proper beneficiary or beneficiaries of the proceeds payable in connection with an Annuity Contract owned by Ricky Foley.

2. Midland served Defendant David Foley on March 11, 2025.

3. Defendant David Foley has not answered.

4. Midland served Defendant Martin McVicar on March 14, 2025.

5. Defendant Martin McVicar filed an Answer on April 11, 2025. *See* ECF No. 9.

6. On April 27, 2025, Defendant Martin McVicar filed a Request for Default against Defendant David Foley. *See* ECF No. 11.

7. On May 12, 2025, the Clerk of Court entered an Entry of Default against Defendant David Foley. *See* ECF No. 12.

8. On May 13, 2025, Defendant Martin McVicar filed a Motion for Default Judgment Against Defendant David Foley, as Executor of The Estate of Ricky Foley, and Incorporated Memorandum of Law. *See* ECF No. 13.

9. On August 5, 2025, this Court held a Scheduling Conference ("Conference") pursuant to Local Rule ("LR") 22-1.

10. At the Conference, the Court directed McVicar to send a copy of the Motion for Default and a copy of that day's minute order to David Foley at the last known address and provide proof of same by August 19, 2025. *See* ECF No. 19 at page 1.

11. At the Conference, the Court also stated that Plaintiff shall deposit the relevant interpleader funds ("Interpleader Funds") into the Court's trust account by September 5, 2025. *See* ECF No. 19 at page 1.

12. On August 16, 2025, McVicar filed its Notice of Compliance regarding service of Foley of the relevant documents. *See* ECF No. 21.

13. Since the Conference, the Parties have corresponded about the Interpleader Funds and any attorneys' fees to be deducted for in connection with the Interpleader Funds to be interplead with the Court.

14. To allow the Parties additional time to sort out the attorneys' fees issue, the Parties respectfully request a two week extension, from September 5, 2025 to September 19, 2025, for Midland to disperse the Interpleader Funds and to allow the Parties to submit a separate stipulation as to the attorneys' fees for the Court's approval before the aforementioned new proposed deadline.

15. Midland now seeks an extension under FRCP 6(b)(1)(A) and Local Rule IA 6-1(a), based on good cause as explained *supra*, and respectfully requests that this Court grant such extension.

16. The Parties submit that granting the Parties' Motion will not prejudice any other party to the proceeding.

17. Defendant Foley has failed to appear or otherwise respond in this litigation, which has led to Defendant McVicar filing for default against Defendant Foley and there are no other parties that have appeared in this litigation.

18. Midland brought this action to allow this Court to determine the rightful recipient of the proceeds and has no reason to delay the action in any way.

WHEREFORE, the Parties request that this Court grants this Motion accordingly.

DATED this 3rd day of September, 2025.

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorney for Plaintiff Midland National Life Insurance Company*

INTERPLEADER LAW, LLC

/s/ Michael Hoover
Michael Hoover (Pro Hac Vice)
LA Bar No. 35497
Interpleader Law, LLC
5800 One Perkins Place Dr., Suite 2A
Baton Rouge, LA 70808
*Attorneys for Martin McVicar*

**ORDER**

IT IS SO ORDERED.

DATE:  9/10/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE