**WRIGHT, FINLAY & ZAK, LLP**
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
Tel.: (702) 475-7967; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Midland National Life Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>DAVID FOLEY AS EXECUTOR OF THE ESTATE OF RICKY FOLEY and MARTIN McVICAR,<br><br>Defendants. | Case No: 2:25-cv-00326-CDS-DJA<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO INTERPLEAD FUNDS WITH THE COURT**<br><br>**(SECOND REQUEST)** |

Plaintiff Midland National Life Insurance Company ("Midland"), by and through its counsel of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant Martin McVicar ("McVicar") (collectively the "Parties"), by and through his counsel of record, Michael Hoover, Esq. of Interpleader Law, LLC, respectfully files this Joint Stipulation to Extend Time for Plaintiff to Interplead Funds with the Court ("Stipulation") and in doing so, state the following:

1. This is an interpleader action in which Midland seeks a determination from the Court regarding the proper beneficiary or beneficiaries of the proceeds payable in connection with an Annuity Contract owned by Ricky Foley.

2. Midland served Defendant David Foley on March 11, 2025.

3. Defendant David Foley has not answered.

4. Midland served Defendant Martin McVicar on March 14, 2025.

5. Defendant Martin McVicar filed an Answer on April 11, 2025. *See* ECF No. 9.

6. On April 27, 2025, Defendant Martin McVicar filed a Request for Default against Defendant David Foley. *See* ECF No. 11.

7. On May 12, 2025, the Clerk of Court entered an Entry of Default against Defendant David Foley. *See* ECF No. 12.

8. On May 13, 2025, Defendant Martin McVicar filed a Motion for Default Judgment Against Defendant David Foley, as Executor of The Estate of Ricky Foley, and Incorporated Memorandum of Law. *See* ECF No. 13.

9. On August 5, 2025, this Court held a Scheduling Conference ("Conference") pursuant to Local Rule ("LR") 22-1, and directed Midland to deposit the relevant interpleader funds ("Interpleader Funds") into the Court's trust account by September 5, 2025. *See* ECF No. 19 at page 1.

10. On September 3, 2025, the Parties filed a Joint Stipulation to Extend Time for Plaintiff to Interplead Funds with the Court to allow the Parties additional time to sort out the attorneys' fees issue. *See* ECF No. 22.

11. On September 10, 2025, the Court granted the Joint Stipulation, and ordered that Midland deposit the Interpleader Funds into the Court's trust account by September 19, 2025. *See* ECF No. 23.

12. Midland is currently processing the check representing the Interpleader Funds and will deliver the same to the Court via overnight mail.

13. Because Midland cannot guarantee that the Interpleader Funds will be delivered to the Court by September 19, 2025, Midland now seeks an extension under FRCP 6(b)(1)(A) and Local Rule IA 6-1(a), based on good cause as explained *supra*, and respectfully requests that this Court grant a one-week extension extending Midland's deadline to deposit the Interpleader Funds into the Court's trust account to September 26, 2025.

14. The Parties submit that granting the Parties' Motion will not prejudice any other party to the proceeding.

15. Defendant Foley has failed to appear or otherwise respond in this litigation, which has led to Defendant McVicar filing for default against Defendant Foley and there are no other parties that have appeared in this litigation.

16. Midland brought this action to allow this Court to determine the rightful recipient of the proceeds and has no reason to delay the action in any way.

WHEREFORE, the Parties request that this Court grants this Motion accordingly.

DATED this 18th day of September, 2025.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether*
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorney for Plaintiff Midland National Life Insurance Company*

INTERPLEADER LAW, LLC

*/s/ Michael Hoover*
Michael Hoover (Pro Hac Vice)
LA Bar No. 35497
Interpleader Law, LLC
5800 One Perkins Place Dr., Suite 2A
Baton Rouge, LA 70808
*Attorneys for Martin McVicar*

**ORDER**

IT IS SO ORDERED.

DATED: 9/19/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE