**WRIGHT, FINLAY & ZAK, LLP**
Robert Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
Tel.: (702) 475-7967; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Midland National Life Insurance Company*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>-v-<br><br>DAVID FOLEY AS EXECUTOR OF THE ESTATE OF RICKY FOLEY and MARTIN McVICAR,<br><br>Defendants | Case No: 2:25-cv-00326-CDS-DJA<br><br>**JOINT STIPULATION FOR DISCHARGE AND DISMISSAL OF MIDLAND NATIONAL LIFE INSURANCE COMPANY**<br><br>[ECF No. 29] |

Plaintiff Midland National Life Insurance Company ("Midland"), by and through its counsel of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant Martin McVicar ("McVicar") (collectively the "Parties"), by and through his counsel of record, Michael Hoover, Esq. of Interpleader Law, LLC, respectfully file this Joint Stipulation For Discharge And Dismissal of Midland National Life Insurance Company ("Stipulation"), and in doing so, states the following:

1. This is an interpleader action in which Midland seeks a determination from the Court regarding the proper beneficiary or beneficiaries of the proceeds payable in connection with an annuity contract owned by Ricky Foley.

2. On August 5, 2025, this Court held a Scheduling Conference pursuant to Local Rule ("LR") 22-1, and directed Midland to deposit the relevant interpleader funds into the Court's trust account. *See* ECF No. 19 at page 1.

3. On October 9, 2025, the interpleader funds were received by the Clerk of Court. *See* ECF No. 28.

4. The Parties now seek an order from this Court dismissing Midland with prejudice and discharging it from all further liability regarding the funds that have been deposited into the Court's registry and the annuity contract.

WHEREFORE, the Parties request that the Court grant this Stipulation, and enter an order dismissing Midland with prejudice, and discharging Midland from all further liability regarding the funds that have been deposited into the Court's registry and the annuity contract.

DATED this 15th day of October, 2025.

| WRIGHT, FINLAY & ZAK, LLP | INTERPLEADER LAW, LLC |
|---|---|
| */s/ Robert A. Riether* <br> Robert Riether, Esq. <br> Nevada Bar No. 12076 <br> 8337 W. Sunset Rd., Suite 220 <br> Las Vegas, NV 89113 <br> *Attorney for Plaintiff* <br> *Midland National Life Insurance Company* | */s/ Michael Hoover* <br> Michael Hoover (Pro Hac Vice) <br> LA Bar No. 35497 <br> Interpleader Law, LLC <br> 5800 One Perkins Place Dr., Suite 2A <br> Baton Rouge, LA 70808 <br> *Attorneys for Martin McVicar* |

Based on the parties' stipulation, Midland National Life Insurance Company is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 28, 2025